UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-4093-GW-SSCx | Date | July 10, 2026 |
|---|---|---|---|
| Title | *David William Contreras v. Portfolio Recovery Associates, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On July 9, 2026, Plaintiff David William Contreras filed a Notice of Settlement [16]. The Court vacates all currently set deadlines and/or dates, including Defendant Portfolio Recovery Associates, LLC's Motion to Dismiss [15] with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for September 3, 2026 at 8:30 a.m. The parties are to file a notice of dismissal or a joint status report by noon on September 1, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |